the third line of folio 18, the words " upon said infant; " by omitting the provision at folio 22, that the nurse in the employ of the infant's mother shall continue in attendance upon the infant while the infant is in the custody of the father; and by providing that the custody of the infant shall be awarded to the father for the months of August and September; and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

HAROLD VON FRANK, an Infant, by ALBERT VON FRANK, His Guardian ad Litem, v. NEW YORK TELEPHONE COMPANY.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

ALBERT VON FRANK v. NEW YORK TELEPHONE COMPANY.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

In the Matter of the Application of ALBERT J. PFEIFFER, INC., for an Order Directing that Arbitration Proceed between ALBERT J. PFEIFFER, INC., and LARGMAN, GRAY COMPANY.— Motion to dismiss appeal denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

JACOB ATKIN v. FANNY FREED, Impleaded, etc.— Motion to dismiss appeal granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

JACOB ATKIN v. FANNY FREED, Impleaded, etc.— Motion to dismiss appeal granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

GEORGE W. KORN v. BERNARD REICH.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

FOLLETT TIME RECORDING COMPANY v. EDMUND W. PARCHE.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

In the Matter of the Application of the PEOPLE OF THE STATE OF NEW YORK, by JAMES A. BEHA, Superintendent of Insurance, etc., for an Order to Take Possession of the Property and Conserve the Assets for the Benefit of the Creditors of the SECOND RUSSIAN INSURANCE COMPANY, and the Interests of Its Policyholders, Creditors, Stockholders and the Public.— Motion to dismiss appeal denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

In the Matter of the Application of the PEOPLE OF THE STATE OF NEW YORK, by JAMES A. BEHA, Superintendent of Insurance, etc., for an Order to Take Possession of the Property and Conserve the Assets for the Benefit of the Creditors of the SECOND RUSSIAN INSURANCE COMPANY, and the Interests of Its Policyholders, Creditors, Stockholders and the Public.— Motion to dismiss appeal denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

In the Matter of the Application of the PEOPLE OF THE STATE OF NEW YORK, by JAMES A. BEHA, Superintendent of Insurance, etc., for an Order to Take Possession of the Property and Conserve the Assets for the Benefit of the Creditors of the NORTHERN INSURANCE COMPANY OF MOSCOW, RUSSIA, and the Interests of Its Policyholders, Creditors, Stockholders and the Public.— Motion to dismiss appeal denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.